IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00009 EJD |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER FOR PRODUCTION |
| | ) | OF UNITED STATES PROBATION |
| vs. | ) | OFFICE DISCOVERY |
| | ) | |
| CAMRON FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the United States Probation Office shall disclose to the parties, on a continuing and prompt basis, any and all information relevant to the violations of conditions of supervised release that Mr. Ferguson is alleged to have committed and any information reflecting on the credibility of complaining witness Noelle Bronson.

This Order includes but is not limited to the disclosure of the following items:

1) any and all communications to United States Probation Officer Alexandre Bonneville by complaining witness Noelle Bronson, from January 3, 2012, to the present, whether memorialized in reports, memoranda of interviews, e-mails, regarding her allegations of current or former abuse by Mr. Ferguson, including documentation of Ms. Bronson's recantation or repudiation of her claims of prior instances of domestic violence;

2) any and all communications from any person (other than a mental health practitioner treating Ms. Bronson) to the United States Probation Office, from June 7, 2010, to the present, proffering information reflecting on Ms. Bronson's credibility as a witness,

including but not limited to communications with members of Ms. Bronson's family or with any witness to prior acts of misconduct, dishonesty or exhibitions of bias or motive to lie;

3) a copy of the police report of the June 2009 arrest of Ms. Bronson, referenced in her Presentence Report at Paragraphs 45 and 51.

It is further ordered that the United States Probation Office shall continue to disclose such information as it is received, without further order of this Court, from the records and files it maintains in connection with its supervision of defendant Camron Ferguson in the instant case and/or its supervision of defendant Noelle Bronson in related case United States v. Noelle Bronson, CR 08-00599 JW.

Dated: April __30__, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge